IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No.1:01-CR-00324 |
| | : | |
| v. | : | (Judge Rambo) |
| | : | |
| IZAK PARKER | : | (Electronically Filed) |

## ORDER OF COURT

**AND NOW** this _____ day of _____, 2008, upon consideration of the defendant's Emergency Motion for Relief Under 18 § 3582 (c) (2),

**IT IS HEREBY ORDERED** that this motion is **GRANTED**. The defendant's sentence is amended to time served. Mr. Parker shall be released on March 3, 2008. All other aspects of the original judgment imposed June 19, 2002 remain in effect.

BY THE COURT:

_____
SYLVIA H. RAMBO
UNITED STATES DISTRICT JUDGE